

68 rue du Faubourg Saint-Honoré
75008 Paris, France
T +33 (0) 1 53 64 82 82
F +33 (0) 1 53 64 82 20

**VIA ECF**

February 9, 2022

The Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Ukraine v. PAO Tatneft, 1:22-mc-00036-JMF**

Dear Judge Furman:

    We represent Ukraine in the above-referenced action assigned by the Court to Your Honor. Please see the attached letter from the Ministry of Justice of Ukraine.

    Respectfully submitted,

    s/Maria Kostytska
    Maria Kostytska, Partner
    WINSTON & STRAWN LLP

    Kelly Librera, Partner
    WINSTON & STRAWN LLP

    Counsel for Ukraine

cc: Lauren K. Handelsman and Sarah A. Dowd, Binder & Schwartz LLP
    Jonathan Blackman, Mark McDonald, Cleary Gottlieb Steen & Hamilton LLP

| МІНІСТЕРСТВО ЮСТИЦІЇ УКРАЇНИ | MINISTRY OF JUSTICE OF UKRAINE |
|---|---|
| вул. Городецького, 13, м. Київ, 01001, Україна<br>Тел.: +380 44 278-37-23,<br>факс: +380 44 271-17-83 | 13, Horodetskogo St. Kyiv, 01001, Ukraine<br>Tel.: +380 44 278-37-23,<br>Fax.: +380 44 271-17-83 |

E-mail: themis@minjust.gov.ua   http://www.minjust.gov.ua

09.02.2022   № 16774/35.2/30-22   На № _____

**VIA ECF**

February 9, 2022

The Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Ukraine v. PAO Tatneft, 1:22-mc-00036-JMF**

Dear Judge Furman:

I am Director of the Department of International Disputes at the Ministry of Justice of Ukraine. This Department handles representation of Ukraine in this dispute, including the above-referenced action assigned by the Court to Your Honor.

On behalf of Ukraine,[1] I respectfully request that Your Honor retain jurisdiction as an Article III judge over this action as it involves a foreign sovereign and touches upon matters of foreign policy in the current alarming geopolitical context, as demonstrated by the Memorandum of Law submitted by Ukraine on February 7.[2]

---

[1] Nothing in this letter declaration should be taken as a waiver of any privilege or right on the part of Ukraine. For the avoidance of doubt, nothing in this letter should be taken as amounting to acceptance of jurisdiction or a waiver of the sovereign immunity of Ukraine, including the immunity of its officials and its property under the Foreign Sovereign Immunities Act and international law. All rights, privileges, and immunities are expressly reserved.

[2] The implications of Tatneft's 52 subpoenas are being discussed in mainstream press. *See, e.g.*, https://www.bloomberg.com/news/articles/2022-02-08/ukraine-calls-subpoenas-by-russia-s-tatneft-dangerous-pretext.

Ukraine believes that the disposition of Ukraine's motion directly by a District Judge would enable a much-needed resolution of Ukraine's motion in this instance, and would conserve the parties' and the Court's resources.

Respectfully submitted,

Anna Tyshchenko
Director
Department of International Disputes,
Ministry of Justice of Ukraine

cc: all counsel of record