IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON JSC STATE EXPORT-IMPORT BANK OF UKRAINE; BANK POLSKA KASA OPIEKI SA; DEUTSCHE BUNDESBANK; RESERVE BANK OF AUSTRALIA; AB SEB BANKAS; SEB SECURITIES, INC.; BANK OF MONTREAL; BMO FINANCIAL CORP.; BMO CAPITAL MARKETS CORP.; THE BANK OF NEW YORK MELLON CORPORATION; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS FORTIS SA/NV; BNP PARIBAS USA, INC.; BNP PARIBAS; CITIBANK N.A.; CITIGROUP INC.; CITIGROUP GLOBAL MARKETS LTD.; COMMERZBANK AG; COMMERZ MARKETS LLC; CREDIT SUISSE (SWITZERLAND) LTD.; CREDIT SUISSE AG; CREDIT SUISSE (USA), INC.; DANSKE BANK A/S; DANSKE MARKETS INC.; DEUTSCHE BANK TRUST COMPANY AMERICAS; DEUTSCHE BANK TRUST CORPORATION; DEUTSCHE BANK AG; DNB BANK ASA; DNB CAPITAL LLC; DNB MARKETS, INC.; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS INC.; JPMORGAN CHASE BANK N.A.; JPMORGAN CHASE & CO.; J.P. MORGAN SECURITIES PLC; J.P. MORGAN SECURITIES LLC; MUFG BANK, LTD.; MUFG AMERICAS HOLDING CORPORATION; MUFG SECURITIES AMERICAS INC.; RAIFFEISEN BANK INTERNATIONAL, AG; RB INTERNATIONAL MARKETS (USA) LLC; SANTANDER BANK POLSKA S.A.; STANDARD CHARTERED BANK PLC; STANDARD CHARTERED BANK (HONG KONG) LTD.; STANDARD CHARTERED SECURITIES (NORTH AMERICA) LLC; UBS SWITZERLAND AG; UBS AMERICAS INC.; UBS AG; UBS AMERICAS HOLDINGS LLC; UNICREDIT BANK AG; AND UNICREDIT CAPITAL MARKETS LLC:<br><br>UKRAINE,<br><br>        Petitioner,<br><br>  -against-<br><br>PAO TATNEFT,<br><br>        Respondent. | Misc. Case No. 1:22-mc-00036<br><br>**ORDER** |

Upon consideration of the parties' joint letter brief, filed March 4, 2022, and the stipulations reflected therein, it is hereby

**ORDERED** that the requested moratorium on discovery and discovery-related proceedings until further order of the Court is **GRANTED**; it is further

**ORDERED** that the briefing schedule adopted on March 3, 2022 is suspended until further order of the Court; it is further

**ORDERED** that the subpoena recipients (the above-referenced financial institutions) shall take notice that their compliance with the subpoenas is tolled for the duration of the moratorium; and it is further

**ORDERED** that Tatneft shall not move to compel compliance with the subpoenas by the subpoena recipients (the above-referenced financial institutions) for the duration of the moratorium.

The parties shall file a status letter no later than May 31, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:   March 4, 2022
         New York, New York